ALBANY,
Feb. 1838.

The People
v.
Superior Court
of New York.

THE PEOPLE, *ex relatione* Hendricks, *vs.* THE SUPERIOR
COURT OF THE CITY OF NEW-YORK.

> Where the proceeding on the part of a plaintiff in the prosecution of a suit is
> grossly vexatious and oppressive, and costs to a heavy amount are incurred,
> in consequence of the defendant having been purposely misled by the plain-
> tiff, the suit will be ordered to be discontinued without costs, on the sum in
> demand being paid into court.

Feb. 1838.        MOTION for mandamus.  A suit was commenced by the
relator against the North River Bank, in the city of New-
York, during the general suspension of specie payments by
the banks of this state ; and on the application of the defend-
ants, the superior court of the city of New-York, in which
the suit was prosecuted, made an order that the defendants
have leave to pay into court the debt demanded, for the benefit
of the plaintiff, and that the suit be discontinued without costs.
The relator applied for a mandamus to vacate this order.  It
appeared, in opposition to the motion, that on the thirteenth
day of December last, a demand of payment in specie was
made at the counter of the North River Bank of a bundle of
bank bills, amounting together to the sum of $435.  Within
an hour after the demand, the cashier of the bank called on the
plaintiff, informed him of the demand, and told him he had
come to pay the amount of the bills, in specie.  The plain-
tiff denied having sued the bank, and told the cashier that it
was all a mistake, and that he would have the matter stopped.
Receiving this answer, the cashier left the plaintiff without
making a formal tender.  The next day a summons, contain-
ing sixteen hundred folios, was served upon the corporation,
and the cashier again called upon the plaintiff, who said that
he had not intended to sue the bank, and that he did not want
the specie, but requested that the costs might be paid, though
they should amount to $200.  Instead of doing so, the de-
fendants applied to the superior court.

*By the Court*, BRONSON, J. This was a vexatious and oppressive proceeding to make costs, and not a fair and *bona fide* attempt to enforce a legal right. The defendants also, when prepared and ready to pay the *specie*, were purposely misled. None of the facts are denied by the relator. The superior court, therefore, were well warranted in the order made, and are fully supported by the case of *Johnson* v. *Houlditch*, 1 Burr. 578, where the plaintiff having kept out of the way to avoid a *tender*, the court turned the plaintiff out of court without costs.

Motion for *mandamus* denied, with costs.